THE STATE OF SOUTH CAROLINA
In The Court of Appeals

 
 
 
The State,       
Respondent,
 
 
 

v.

 
 
 
Shelton Green,       
Appellant.
 
 
 

Appeal From Charleston County
A. Victor Rawl, Circuit Court Judge

Unpublished Opinion No. 2003-UP-679
Submitted September 17, 2003  Filed November 24, 2003 

APPEAL DISMISSED

 
 
 
Chief Attorney Daniel T. Stacey, Office of Appellate Defense, 
 of Columbia, for Appellant.
Attorney General Henry Dargan McMaster, Chief Deputy 
 Attorney General John W. McIntosh, Assistant Deputy Attorney General Charles 
 H. Richardson, all of Columbia;  and Solicitor Ralph E. Hoisington, of Charleston, 
 for Respondent. 
 
 
 

PER CURIAM:  Appellant, Shelton Green, pled 
 guilty to one count of armed robbery and one count of strong armed robbery.  
 The trial judge sentenced him to concurrent terms of fourteen years.  We dismiss 
 pursuant to Anders v. California, 386 U.S. 738 (1967) and State v. 
 Williams, 305 S.C. 116, 406 S.E.2d 357 (1991).  Counsels petition to be 
 relieved is granted.
APPEAL DISMISSED.  
 HUFF, STILWELL, and BEATTY, JJ., concur.